```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF MISSOURI
                          EASTERN DIVISION
```

ARNEATHER THOMPSON,            )
                               )
            Plaintiff,         )
                               )
      vs.                      )     No. 4:06-CV-940 CEJ
                               )
MICHAEL JOHANNS, U.S. SECRETARY)
OF AGRICULTURE, BARBARA J.     )
MASTERS, and JAMES G. HESS,    )
            Defendants.        )

### ORDER

A review of the record in this case indicates that no proof of service upon nor entry of appearance on behalf of defendant Barbara J. Masters or defendant James G. Hess has been filed. Because it does not appear that service of the complaint has been timely made within 120 days after the filing of the complaint on June 16, 2006,

**IT IS HEREBY ORDERED**, pursuant to Fed. R. Civ. P. 4(m), that plaintiff shall show cause in writing, within fourteen (14) days of the date of this order, why this action should not be dismissed without prejudice as to defendants Barbara J. Masters and James G. Hess for lack of timely service.

_____
CAROL E. JACKSON
UNITED STATES DISTRICT JUDGE

Dated this 23rd day of October, 2006.