```
                UNITED STATES DISTRICT COURT
                EASTERN DISTRICT OF MISSOURI
                      EASTERN DIVISION


ARNEATHER THOMPSON,            )
                               )
          Plaintiff,           )
                               )
     vs.                       )    No. 4:06-CV-940 CEJ
                               )
MICHAEL JOHANNS, U.S. SECRETARY)
OF AGRICULTURE, BARBARA J.     )
MASTERS, and JAMES G. HESS,    )
          Defendants.          )
```

**ORDER**

This case was filed on June 16, 2006. The record shows that service was achieved on defendant James G. Hess on July 21, 2006 and on defendant Barbara J. Masters on or after July 17, 2006. Under Rule 12(a)(1)(A), Fed.R.Civ.P., these defendants were required to file an answer or other responsive pleading within twenty days of being served with the complaint. Because defendants Hess and Masters have failed to do so,

**IT IS HEREBY ORDERED** that plaintiff shall, within thirty (30) days of the date of this order, file appropriate motions for entry of default and for default judgment against defendants James G. Hess and Barbara J. Masters, supported by all necessary affidavits and documentation.

Failure to comply with this order may result in the dismissal of this action without prejudice.

_____
CAROL E. JACKSON
UNITED STATES DISTRICT JUDGE


Dated this 3rd day of January, 2007.